# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CHARLES WILEY,  :

              Plaintiff,

    Case No. 3:12-cv-009

    District Judge Timothy S. Black
    Magistrate Judge Michael R. Merz

   -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

             Defendant.  :

## REPORT AND RECOMMENDATIONS

This case is before the Court *sua sponte*.

On June 1, 2012, this Court entered an Order to Show Cause directing Plaintiff to show cause not later than June 11, 2012, why this matter should not be dismissed for failure to comply with Sixth Amended Magistrate Judges' General Order No. 11 and for failure to prosecute. (Doc 7).  In the alternative, the Court granted Plaintiff leave to file his Statement of Errors by that date. *Id.*  Plaintiff requested (Doc 8) and received an extension until June 18, 2012, to file his Statement of Errors but has not done so as of this date.

It is therefore recommended that this matter be dismissed for failure to comply with Sixth Amended Magistrate Judges' General Order No. 11 and for failure to prosecute.

June 21, 2012.

                                                *s/ Michael R. Merz*
                                             United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed.R.Civ.P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed.R.Civ.P. 6(e), this period is automatically extended to seventeen days  because this Report is being served by one of the methods of service listed in Fed.R.Civ.P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See, United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).