UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CHARLES WILEY,**

    Plaintiff,

-vs-

    CASE NO.   3:12-CV-009

    Judge Timothy S. Black
    Magistrate Judge Michael R. Merz

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X ]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

   **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 9) is **ADOPTED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  July 17, 2012                                      **JAMES BONINI, CLERK**

                                                              By: *s/ M. Rogers*
                                                                  Deputy Clerk