UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES WILEY,

    Plaintiff,

                                        CASE NO.   3:12-CV-009

-vs-

                                        Judge Timothy S. Black
                                        Magistrate Judge Michael R. Merz

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 9) is **ADOPTED**; and that the case is **TERMINATED** from the docket of the Court.

Date: July 17, 2012                                       **JAMES BONINI, CLERK**

                                                                       By: *s/ M. Rogers*
                                                                          Deputy Clerk